# EXHIBIT 2

# RABICOFF LAW LLC

4311 N RAVENSWOOD AVE STE 315    (773) 669 4590
CHICAGO, IL 60613    ISAAC @ RABILAW.COM


December 8, 2025

**Via Federal Express**

Hisense USA Corporation

Attn: General Counsel

7310 McGinnis Ferry Rd

Suwanee, GA 30024

USA


**Re: Notice of Infringement of COGENT INSIGHTS LICENSING INC.'s Patent**


Dear Sir/Madam:

This firm represents **COGENT INSIGHTS LICENSING INC.** ("Cogent") with respect to its patent portfolio licensing and litigation. Cogent is the owner of the entire right, title, and interest in and to United States Patent No. 9,794,797 (the '797 Patent"), entitled " Multifactorial optimization system and method," issued on October 17, 2017.

The inventions of the Patent were originally conceived and developed by Steven M. Hoffberg, who was a technical pioneer and a polymath. The Patent is directed to key features pertaining to game theoretic decision-making approach in an antenna system communicating through a communication channel having a directional radiation pattern with an alterable directional vector that allow present day wireless communication devices to be competitive in the modern marketplace. Further, the Patent and its early priority date of Oct. 4, 2005 make it essential to ongoing operations in the space.

Based on publicly available information, Hisense infringes the Patent by making, using, selling, importing, and/or offering for sale products and services that practice the claimed inventions of the Patent, inducing others to make and use such products in an infringing manner, and/or contributing to the making and use of infringing products and services by others, including its customers, who directly infringe the Patent.

1

RABICOFF LAW LLC
4311 N RAVENSWOOD AVE STE 315        (773) 669 4590
CHICAGO, IL 60613                                  ISAAC @ RABILAW.COM


Provided below is the infringement claim chart for your perusal:

| US9794797 | Hisense 110 UX Series Championship Edition TV ("The Accused Product") |
|---|---|
| 1. A wireless network node of a wireless network, comprising: | The standard discloses a wireless network node (e.g., 802.11ax equipped station) of a wireless network (e.g., 802.11ax based network). <br><br> As shown below, the accused product is 802.11ax (Wi-Fi 6/6E) equipped. <br><br>  <br><br> https://www.hisense-usa.com/product-page/televisions-110-ux-series-mini-led-uled-google-tv-110ux |

RABICOFF LAW LLC
4311 N RAVENSWOOD AVE STE 315    (773) 669 4590
CHICAGO, IL 60613    ISAAC @ RABILAW.COM

| | |
|---|---|
| | **Connectivity**<br><br>**Wireless built-in**<br><br>**Wifi 6E (802.11 ax)**<br><br>https://www.hisense-usa.com/product-page/televisions-110-ux-series-mini-led-uled-google-tv-110ux |
| (a) an antenna system, configured to: communicate through a communication channel, having a directional radiation pattern with an alterable directional vector having at least a first state and a second state which differ in at least the alterable | The wireless network node (e.g., 802.11ax equipped station) disclosed by the standard comprises an antenna system (e.g., an antenna array as mentioned in the standard as distinct Analog and RF Chains), configured to: communicate through a communication channel (e.g., a wireless communication channel with bandwidth 20MHz, 40 MHz, 80 MHz, 160 MHz, or 80MHz+ 80MHz), having a directional radiation pattern (e.g., beamformed signal pattern) with an alterable directional vector (e.g., vector associated with beamforming steering matrix & associated coefficients)) having at least a first state (e.g., one of beamforming states with a beamforming steering matrix composed of a set of beamforming coefficients) and a second state (e.g., another beamforming state with a beamforming matrix composed of a set of beamforming coefficients) which differ in at least the alterable directional vector (e.g., vector associated with beamforming steering matrix & associated coefficients) and corresponding spatial characteristics (e.g., spatial direction of the lobe of radiation corresponding to beamforming coefficients). |

RABICOFF LAW LLC
4311 N RAVENSWOOD AVE STE 315     (773) 669 4590
CHICAGO, IL 60613                ISAAC @ RABILAW.COM

| directional vector and corresponding spatial characteristics, and | As shown below, the standard discloses an 802.11ax enabled device having more than one antenna (multiple RF chains) with the steerable beamforming feature. |
| --- | --- |
| |  |
| | **Figure 27-21—Transmitter block diagram for the Data field of an HE SU PPDU in 160 MHz with LDPC encoding** |
| | Source: 802.11ax-2021 |

4

RABICOFF LAW LLC
4311 N RAVENSWOOD AVE STE 315    (773) 669 4590
CHICAGO, IL 60613                ISAAC @ RABILAW.COM



**Figure 27-22—Transmitter block diagram for the Data field
of an HE SU PPDU in 80+80 MHz with LDPC encoding**

Source: 802.11ax-2021

5

**RABICOFF LAW** LLC

4311 N RAVENSWOOD AVE STE 315    (773) 669 4590
CHICAGO, IL 60613                ISAAC @ RABILAW.COM

The HE PHY provides support for 20 MHz, 40 MHz, 80 MHz, and 160 MHz contiguous channel widths and support for 80+80 MHz noncontiguous channel width, depending on the frequency band and capability. For PPDU bandwidths greater than or equal to 80 MHz, the HE PHY supports preamble punctured HE MU PPDU transmissions where pre-HE modulated fields (see Figure 27-23 in 27.3.10) are not transmitted in one or more of the nonprimary 20 MHz channels, and RUs associated with those punctured 20 MHz channels as defined in 27.3.11.8.3 are not allocated.

Source: 802.11ax-2021



**Figure 27-33—Generation of HE-LTF symbols per frequency segment in an HE TB PPDU for user _u_ on RU _r_**

Source: 802.11ax-2021

6

RABICOFF LAW LLC
4311 N RAVENSWOOD AVE STE 315    (773) 669 4590
CHICAGO, IL 60613    ISAAC @ RABILAW.COM



**Figure 27-34—Generation of 1x HE-LTF symbols per frequency segment**

Source: 802.11ax-2021

The main PHY features in an HE STA that are not present in VHT STA or HT STA are the following:

— Mandatory support for DL and UL OFDMA

— Mandatory support for DL MU-MIMO by an HE AP that supports 4 or more spatial streams when MU-MIMO is done on the entire PPDU bandwidth

— Mandatory support for DL MU-MIMO reception for a non-AP HE STA

— Mandatory support for the HE sounding protocol to support beamforming for a non-AP STA beamformee and optional otherwise

— Optional support for HE-MCSs 10 and 11

— Optional support for UL MU-MIMO

— Optional support for preamble puncturing

RABICOFF LAW LLC
4311 N RAVENSWOOD AVE STE 315    (773) 669 4590
CHICAGO, IL 60613                ISAAC @ RABILAW.COM

| |
|---|
| Source: IEEE 802.11ax<br><br>**26.7 HE sounding protocol**<br><br>**26.7.1 General**<br><br>Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.<br><br>Source: IEEE 802.11ax |

**RABICOFF LAW** LLC
4311 N RAVENSWOOD AVE STE 315     (773) 669 4590
CHICAGO, IL 60613     ISAAC@RABILAW.COM

### 27.3.16 SU-MIMO and DL MU-MIMO beamforming

#### 27.3.16.1 General

SU-MIMO and DL MU-MIMO beamforming are techniques used by a STA with multiple antennas (the beamformer) to steer signals using knowledge of the channel to improve throughput. With SU-MIMO beamforming, all space-time streams in the transmitted signal are intended for reception at a single STA in an RU. With DL MU-MIMO beamforming, disjoint subsets of the space-time streams are intended for reception at different STAs in an RU of size greater than or equal to 106 tones.

For SU-MIMO and DL MU-MIMO beamforming in RU $r$, the receive signal vector in subcarrier $k$ (where subcarrier $k$ is one of the subcarriers in RU $r$, $K_r$ is the set of used subcarrier indices in RU $r$, and $k \in K_r$) at beamformee $u$, $y_{k,u} = [y_{k,0}, y_{k,1}, \ldots, y_{k,N_{RX_u}-1}]^T$, is shown in Equation (27-126), where $x_k = [x_{k,0}^T, x_{k,1}^T, \ldots, x_{k,N_{user,r}-1}^T]^T$ denotes the transmit signal vector in subcarrier $k$ for all $N_{user,r}$ beamformees, with $x_{k,u} = [x_{k,0}, x_{k,1}, \ldots, x_{k,N_{STS,r,u}-1}]^T$ being the transmit signal for beamformee $u$.

$$y_{k,u} = H_{k,u} \cdot [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user,r}-1}] \cdot x_k + n \qquad (27\text{-}126)$$

where
$H_{k,u}$ is the channel matrix from the beamformer to beamformee $u$ in subcarrier $k$ with dimensions $N_{RX_u} \times N_{TX}$
$N_{RX_u}$ is the number of receive antennas at beamformee $u$
$Q_{k,u}$ is a steering matrix for beamformee $u$ in subcarrier $k$ with dimensions $N_{TX} \times N_{STS,r,u}$
$N_{user,r}$ is the number of HE MU PPDU recipients (see Table 27-15) in RU $r$
$n$ is a vector of additive noise and may include interference

Source: 802.11ax-2021

**RABICOFF LAW** LLC
4311 N RAVENSWOOD AVE STE 315    (773) 669 4590
CHICAGO, IL 60613                ISAAC@RABILAW.COM

The DL MU-MIMO steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user}-1}]$ can be determined by the beamformer using the beamforming feedback for subcarrier $k$ from beamformee $u$, where $u = 0, 1, \ldots, N_{user,r} - 1$. The feedback report format is described in 9.4.1.65 and 9.4.1.66. The steering matrix that is computed (or updated) using new beamforming feedback from some or all of participating beamformees might replace the existing steering matrix $Q_k$ for the next DL MU-MIMO data transmission.

For SU-MIMO beamforming, the steering matrix $Q_k$ can be determined from the beamforming feedback matrix $V_k$ that is sent back to the beamformer by the beamformee using the compressed beamforming feedback matrix format as defined in 19.3.12.3.6. The feedback report format is described in 9.4.1.65.

Source: 802.11ax-2021

### 27.3.16.2 Beamforming feedback matrix V

Upon receipt of an HE sounding NDP, the beamformee computes a set of matrices for feedback to the beamformer as described in 21.3.11.2. The eligible beamformees shall remove the space-time stream CSD in Table 21-11 from the measured channel before computing a set of matrices for feedback to the beamformer.

The beamforming feedback matrix, $V_{k,u}$, found by the beamformee $u$ for subcarrier $k$ in RU $r$ shall be compressed in the form of angles using the method described in 19.3.12.3.6. The angles, $\phi(k,u)$ and $\psi(k,u)$, are quantized according to Table 9-74 with $b_\psi$ defined by the Codebook Information field of the HE MIMO

Source: 802.11ax-2021

**RABICOFF LAW** LLC
4311 N RAVENSWOOD AVE STE 315    (773) 669 4590
CHICAGO, IL 60613    ISAAC @ RABILAW.COM

Control field (see 9.4.1.64). The compressed beamforming feedback matrix as defined in 19.3.12.3.6 is the only Clause 27 beamforming feedback matrix defined.

The beamformee shall generate the beamforming feedback matrices with the number of rows ($N_r$) equal to the $N_{STS}$ of the HE sounding NDP.

After receiving the angle information, $\phi(k,ll)$ and $\psi(k,ll)$, the beamformer reconstructs $V_{k,ll}$ using Equation (19-79). For SU-MIMO beamforming, the beamformer uses the $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user,r}-1}]$ using $V_{k,ll}$ and $\Delta SNR_{k,ll}$ ($0 \leq ll \leq N_{user,r}-1$) in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.

Source: 802.11ax-2021

### 9.4.1.65 HE Compressed Beamforming Report field

The HE Compressed Beamforming Report field carries the average SNR of each space-time stream and compressed beamforming feedback matrices $V$ for use by a transmit beamformer to determine steering matrices $Q$, as described in 10.34.3 and 19.3.12.3.

Source: 802.11ax-2021

The beamforming feedback matrix $V$ is formed by the beamformee as follows. The beamformer transmits an HE sounding NDP with $N_{STS,NDP}$ space-time streams, where $N_{STS,NDP}$ takes a value between 2 and 8. Based on this HE sounding NDP, the beamformee estimates the $N_{RX,BFEE} \times N_{STS,NDP}$ channel, and based on that channel it determines a $N_r \times N_c$ orthogonal matrix $V$, where $N_r$ and $N_c$ satisfy Equation (9-1). $N_{RX,BFEE}$ is the number of receiver chains used to receive the HE sounding NDP at the beamformee.

Source: 802.11ax-2021

**RABICOFF LAW** LLC

4311 N RAVENSWOOD AVE STE 315    (773) 669 4590
CHICAGO, IL 60613                ISAAC @ RABILAW.COM

| | |
|---|---|
| (b) an automated controller, configured to: (i) conduct an automated negotiation with a remote wireless communication device, which employs game theoretic decision-making to self-organize the wireless network, by communications through the antenna system, relating to a conduct of communications which have a first potential interference with respect to the communication channel when the alterable directional vector is in the first state and a second potential interference when the alterable directional vector is in the second state, the first potential interference being different from the second potential interference, to | The wireless network node disclosed by the standard practices using an automation controller (e.g., the processor/controller of the network node) conducting an automated negotiation (e.g., a negotiation without manual intervention by a user) with a remote wireless communication device (e.g., another 802.11ax device acting as beamformee), which employs game theoretic decision-making to self-organize the wireless network, by communications through the antenna system (e.g., an antenna array as mentioned in the standard as distinct Analog and RF Chain), relating to a conduct of communications which have a first potential interference (e.g., noise/interreference associated with the first steering matrix) with respect to the communication channel (e.g., a wireless communication with bandwidth 20MHz, 40 MHz, 80 MHz, 160 MHz, or 80MHz+ 80MHz) when the alterable directional vector (e.g., vector associated with beamforming steering matrix & associated coefficients) is in the first state (e.g., one of beamforming states with a beamforming steering matrix composed of a set of beamforming coefficients) and a second potential interference (e.g., noise/interreference associated with the first steering matrix) when the alterable directional vector (e.g., vector associated with beamforming steering matrix & associated coefficients) is in the second state, the first potential interference being different from the second potential interference, to select one of the first state (e.g., another beamforming state with a beamforming matrix composed of a set of beamforming coefficients) and the second state (e.g., another beamforming state with a beamforming matrix composed of a set of beamforming coefficients) in dependence on the automated negotiation (e.g., sharing of NDP sounding packets, compressed feedback matrix, CQI, etc. and other negotiating parameters). |
| | Also, as shown below, a steering matrix is based on SNR (signal to noise ration) and factors in cross talk mitigation and therefore its associated with a corresponding potential interference. |

**RABICOFF LAW** LLC
4311 N RAVENSWOOD AVE STE 315    (773) 669 4590
CHICAGO, IL 60613    ISAAC @ RABILAW.COM

| | |
|---|---|
| select one of the first state and the second state in dependence on the automated negotiation; | **27.3.16 SU-MIMO and DL MU-MIMO beamforming** |

### 27.3.16.1 General

SU-MIMO and DL MU-MIMO beamforming are techniques used by a STA with multiple antennas (the beamformer) to steer signals using knowledge of the channel to improve throughput. With SU-MIMO beamforming, all space-time streams in the transmitted signal are intended for reception at a single STA in an RU. With DL MU-MIMO beamforming, disjoint subsets of the space-time streams are intended for reception at different STAs in an RU of size greater than or equal to 106 tones.

For SU-MIMO and DL MU-MIMO beamforming in RU $r$, the receive signal vector in subcarrier $k$ (where subcarrier $k$ is one of the subcarriers in RU $r$, $K_r$ is the set of used subcarrier indices in RU $r$, and $k \in K_r$) at beamformee $u$, $y_{k,u} = [y_{k,0}, y_{k,1}, \ldots, y_{k,N_{RX_u}-1}]^T$, is shown in Equation (27-126), where $x_k = [x_{k,0}^T, x_{k,1}^T, \ldots, x_{k,N_{user,r}-1}^T]^T$ denotes the transmit signal vector in subcarrier $k$ for all $N_{user,r}$ beamformees, with $x_{k,u} = [x_{k,0}, x_{k,1}, \ldots, x_{k,N_{STS,r,u}-1}]^T$ being the transmit signal for beamformee $u$.

$$y_{k,u} = H_{k,u} \times [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user,r}-1}] \times x_k + n \qquad (27\text{-}126)$$

where

$H_{k,u}$  is the channel matrix from the beamformer to beamformee $u$ in subcarrier $k$ with dimensions $N_{RX_u} \times N_{TX}$

$N_{RX_u}$  is the number of receive antennas at beamformee $u$

$Q_{k,u}$  is a steering matrix for beamformee $u$ in subcarrier $k$ with dimensions $N_{TX} \times N_{STS,r,u}$

$N_{user,r}$ is the number of HE MU PPDU recipients (see Table 27-15) in RU $r$

$n$  is a vector of additive noise and may include interference

Source: 802.11ax-2021

13

**RABICOFF LAW** LLC
4311 N RAVENSWOOD AVE STE 315    (773) 669 4590
CHICAGO, IL 60613                ISAAC @ RABILAW.COM

The DL MU-MIMO steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user,r}-1}]$ can be determined by the beamformer using the beamforming feedback for subcarrier $k$ from beamformee $u$, where $u = 0, 1, \ldots, N_{user,r} - 1$. The feedback report format is described in 9.4.1.65 and 9.4.1.66. The steering matrix that is computed (or updated) using new beamforming feedback from some or all of participating beamformees might replace the existing steering matrix $Q_k$ for the next DL MU-MIMO data transmission.

For SU-MIMO beamforming, the steering matrix $Q_k$ can be determined from the beamforming feedback matrix $V_k$ that is sent back to the beamformer by the beamformee using the compressed beamforming feedback matrix format as defined in 19.3.12.3.6. The feedback report format is described in 9.4.1.65.

Source: 802.11ax-2021

### 27.3.16.2 Beamforming feedback matrix V

Upon receipt of an HE sounding NDP, the beamformee computes a set of matrices for feedback to the beamformer as described in 21.3.11.2. The eligible beamformees shall remove the space-time stream CSD in Table 21-11 from the measured channel before computing a set of matrices for feedback to the beamformer.

The beamforming feedback matrix, $V_{k,u}$, found by the beamformee $u$ for subcarrier $k$ in RU $r$ shall be compressed in the form of angles using the method described in 19.3.12.3.6. The angles, $\phi(k,u)$ and $\psi(k,u)$, are quantized according to Table 9-74 with $b_v$ defined by the Codebook Information field of the HE MIMO

Source: 802.11ax-2021

14

**RABICOFF LAW** LLC
4311 N RAVENSWOOD AVE STE 315    (773) 669 4590
CHICAGO, IL 60613                ISAAC @ RABILAW.COM

Control field (see 9.4.1.64). The compressed beamforming feedback matrix as defined in 19.3.12.3.6 is the only Clause 27 beamforming feedback matrix defined.

The beamformee shall generate the beamforming feedback matrices with the number of rows ($Nr$) equal to the $N_{STS}$ of the HE sounding NDP.

After receiving the angle information, $\phi(k,u)$ and $\psi(k,u)$, the beamformer reconstructs $V_{k,u}$ using Equation (19-79). For SU-MIMO beamforming, the beamformer uses the $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user,r}-1}]$ using $V_{k,u}$ and $\Delta SNR_{k,u}$ ($0 \leq u \leq N_{user,r}-1$) in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.

Source: 802.11ax-2021

### 27.3.16.3 CQI feedback

If the HE NDP Announcement frame requests CQI feedback, then upon receipt of the HE sounding NDP, the beamformee computes CQI feedback as described in 9.4.1.67. The CQI feedback, $CQI_{s,r,u}$ for beamformee $u$ in RU $r$ for space-time stream $s$ shall be estimated using the method described in 9.4.1.67. The CQI values to be fed back are derived from quantized SNRs according to Table 9-91h. The beamformee shall transmit the CQI feedback for space-time stream 1, ..., $Nc$ for each of the RU indices for which the CQI report is being requested by the beamformer. The beamformer may use the CQI feedback to determine the best range of RUs for a compressed beamforming/CQI report or for RU assignment during a subsequent MU transmissions. The actual use is implementation specific.

Source: 802.11ax-2021

RABICOFF LAW LLC
4311 N RAVENSWOOD AVE STE 315     (773) 669 4590
CHICAGO, IL 60613                 ISAAC@RABILAW.COM

A game-theoretic decision making is the one in which a player makes decision which are dependent on other players as well. It means that the decisions of the players are interdependent and the gain for a player may be a loss for the other.

The accused product which is 802.11ax enabled too takes decision in line with game-theoretic process. For example, situationally, it doesn't use the medium when a STA of the same BSS is transmitting but when a STA of some different BSS transmits and the power level of the transmission is below a threshold, the accused product moves ahead with its decision of the transmission. Further, when the power level of the transmission from the other BSS is higher than a threshold in that case also, the accused product doesn't transmit. In this scenario, the decision of the accused product is dependent upon the other STAs (whether from the same BSS or other BSS) and if a player has already access to the medium, the other players may not transmit conditionally as the medium as a resource is used by all players competitively.

The accused product utilizes a game theoretic method of the self-organization of the wireless network by controlling the wireless network to operate in a first mode (e.g., the mode when external interfering signal is from a BSS different than that of the accused product and the received signal strength of the external interfering signal is less than OBSS_PD_level) in which it game theoretically competes (e.g, does not update the basic or inter-BSS NAV) and transmit on a shared channel with an external interfering signal (e.g., PPDUs from other STAs). The accused product is further configured to operate in a second mode (e.g., the mode when external interfering signal belongs to same BSS as the accused product) in which it game-theoretically defers (e.g., update inter-BSS NAV) to the external interfering signal (e.g., PPDUs from other STAs).

**game theory**, branch of applied mathematics that provides tools for analyzing situations in which parties, called players, make decisions that are interdependent. This interdependence causes each player to consider the other player's possible decisions, or strategies, in formulating strategy. A solution to a game describes the optimal decisions of the players, who may have similar, opposed, or mixed interests, and the outcomes that may result from these decisions.

https://www.britannica.com/science/game-theory

16

RABICOFF LAW LLC
4311 N RAVENSWOOD AVE STE 315    (773) 669 4590
CHICAGO, IL 60613                ISAAC @ RABILAW.COM

---

### 26.10 Spatial reuse operation

### 26.10.1 General

The objective of HE spatial reuse operation is to allow the medium to be reused more often between OBSSs in dense deployment scenarios by the early identification of signals from overlapping basic service sets (OBSSs) and interference management.

Source: IEEE 802.11ax

**overlapping basic service set (OBSS) packet detect (PD):** A packet detection level used for spatial reuse procedure.

Source: IEEE 802.11ax

Maintaining two NAVs is beneficial in dense deployment scenarios in which a STA requires protection from frames transmitted by STAs within its BSS, i.e., intra-BSS, and wants to avoid interference from frames transmitted by STAs in a neighboring BSS, i.e., inter-BSS. For example, in a TXOP initiated by the AP with

Source: IEEE 802.11ax

As shown below, the standard discloses a first mode in which the BSS of the received PPDU (external interfering signal) differs from that of the accused product. Specifically, the BSS color of the received PPDU is different from that of the accused product, and the received signal strength of the PPDU is lower than the OBSS_PD level.

In the first mode, the accused product competes with the received PPDU by ignoring it and transmitting on the shared channel with adjusted power. Furthermore, as shown below, the accused product does not update the basic NAV (Network Allocation Vector). This implies that the accused product does not wait for the device transmitting the received PPDU to complete its transmission but instead initiates its own transmission with adjusted power.

RABICOFF LAW LLC
4311 N RAVENSWOOD AVE STE 315    (773) 669 4590
CHICAGO, IL 60613                ISAAC @ RABILAW.COM

| | |
|---|---|
| | A STA shall classify a received PPDU as an inter-BSS PPDU if at least one of the following conditions is true: |
| | — The RXVECTOR parameter BSS_COLOR is not 0 and is not the BSS color of the BSS of which the STA is a member. |
| | — The PPDU is a VHT PPDU with RXVECTOR parameter PARTIAL_AID not equal to the BSSID[39:47] of the BSS in which the STA is associated or any of the other BSSs in the same multiple BSSID set or co-hosted BSSID set to which its BSS belongs and the RXVECTOR parameter GROUP_ID is 0. |
| | Source: IEEE 802.11ax |
| | **26.10.2 OBSS PD-based spatial reuse operation** |
| | **26.10.2.1 General** |
| | OBSS PD-based spatial reuse operation comprises two types of operation. The first type is defined in 26.10.2.2 and allows a STA, under specific conditions, to ignore an inter-BSS PPDU using a non-SRG OBSS PD level. The second type is defined in 26.10.2.3 and allows a STA, under specific conditions, to ignore inter-BSS PPDUs that are identified as being SRG PPDUs, using an SRG OBSS PD level. In addition |
| | Source: IEEE 802.11ax |

RABICOFF LAW LLC
4311 N RAVENSWOOD AVE STE 315     (773) 669 4590
CHICAGO, IL 60613                ISAAC @ RABILAW.COM

---

**26.10.2.3 General operation with SRG OBSS PD level**

If the PHY of a STA issues a PHY-CCA.indication(BUSY) followed by a PHY-RXSTART.indication due to a PPDU reception, then the STA's MAC sublayer

a)  May issue a PHY-CCARESET.request primitive before the end of the PPDU and not update its basic NAV timer based on the PPDU, or

b)  May not update its basic NAV timer based on the PPDU if all the following conditions are met:

    1)  The received PPDU is an SRG PPDU (see 26.2.3)

    2)  The received signal strength level, which is measured from the L-STF or L-LTF fields of the PPDU or the PHY SYNC field, shortSYNC field, or Long PHY SYNC field, whichever exists and is used to determine PHY-CCA.indication, is below the SRG OBSS PD level. The SRG OBSS PD level is defined in 26.10.2.4. If the STA has dot11HEPSROptionImplemented set to true, it also follows the rules defined in 26.10.4 to determine SRG OBSS PD level.

    3)  The PPDU is not one of the following:

        i)  A non-HE PPDU that carries a frame where the RA field is equal to the STA MAC address

        ii)  A non-HE PPDU that carries a Public Action frame

        iii)  A non-HE PPDU that carries a VHT/HE NDP Announcement frame or Fine Timing Measurement frame

        iv)  A non-HE NDP

Source: IEEE 802.11ax

RABICOFF LAW LLC
4311 N RAVENSWOOD AVE STE 315    (773) 669 4590
CHICAGO, IL 60613                ISAAC @ RABILAW.COM

### 26.10.2.4 Adjustment of OBSS PD and transmit power

If using OBSS PD-based spatial reuse, an HE STA shall maintain an OBSS PD level and may adjust this OBSS PD level in conjunction with its transmit power and a value, *PPDU_BW*, derived from the received PPDU. The adjustment shall be made in accordance with Equation (26-5).

$$OBSS\_PD_{level} \le max(OBSS\_PD_{min}, min(OBSS\_PD_{max}, OBSS\_PD_{min} + (TX\_PWR_{ref} - TX\_PWR)))$$
$$+ \log 10(PPDU\_BW / 20 \text{ MHz})$$

$$(26\text{-}5)$$

Source: IEEE 802.11ax

As shown below, the standard discloses a second mode in which the BSS of the received PPDU (external interfering signal) is same as that of the accused product. Specifically, the BSS color of the received PPDU is same as that of the accused product.

In the second mode, the accused product updates its intra-BSS NAV and defer its own communication if the received PPDU has the same BSS color as that of the accused product.

A STA shall classify the received PPDU as an intra-BSS PPDU if at least one of the following conditions is true:

— The RXVECTOR parameter BSS_COLOR of the PPDU carrying the frame is the BSS color of the BSS of which the STA is a member or the BSS color of any TDLS links to which the STA belongs if the STA is an HE STA associated with a non-HE AP.

— The PPDU is a VHT PPDU with RXVECTOR parameter PARTIAL_AID equal to the BSSID[39:47] of the BSS in which the STA is associated or any of the other BSSs in the same multiple BSSID set or co-hosted BSSID set to which its BSS belongs and the RXVECTOR

Source: IEEE 802.11ax

**RABICOFF LAW** LLC
4311 N RAVENSWOOD AVE STE 315    (773) 669 4590
CHICAGO, IL 60613                ISAAC @ RABILAW.COM

| | |
|---|---|
| | A STA shall update the intra-BSS NAV with the duration information indicated by the received frame in a PSDU if and only if all the following conditions are met: |
| | — The frame is identified as intra-BSS according to the rule described in 26.2.2. |
| | — The indicated duration is greater than the current intra-BSS NAV value. |
| | — The RA of the received frame is not the STA's MAC address; or the STA is not a TXOP holder, and the PPDU carrying the frame does not contain a frame that solicits an immediate response from the STA; or the STA is not a TXOP holder, and the received frame is a Trigger frame. |
| | Source: IEEE 802.11ax |
| | **network allocation vector (NAV):** An indicator, maintained by each station (STA), of time periods when transmission onto the wireless medium (WM) is not initiated by the STA regardless of whether the STA's clear channel assessment (CCA) function senses that the WM is busy. |
| | Source: IEEE 802.11-2020 |
| (ii) define the alterable directional vector of the antenna system to selectively assume the directional radiation pattern having selected one of the first state and the second state; and | The wireless network node disclosed by the standard practices defining the alterable directional vector (e.g., vector associated with beamforming steering matrix & associated coefficients) of the antenna system to selectively assume the directional radiation pattern having selected one of the first state (e.g., one of beamforming states with a beamforming steering matrix composed of a set of beamforming coefficients) and the second state (e.g., another beamforming state with a beamforming matrix composed of a set of beamforming coefficients). The wireless network node selects any specific steering matrix based on compressed feedback matrix, CQI, etc. |

**RABICOFF LAW** LLC
4311 N RAVENSWOOD AVE STE 315      (773) 669 4590
CHICAGO, IL 60613                  ISAAC @ RABILAW.COM

Control field (see 9.4.1.64). The compressed beamforming feedback matrix as defined in 19.3.12.3.6 is the only Clause 27 beamforming feedback matrix defined.

The beamformee shall generate the beamforming feedback matrices with the number of rows ($Nr$) equal to the $N_{STS}$ of the HE sounding NDP.

After receiving the angle information, $\phi(k,ll)$ and $\psi(k,ll)$, the beamformer reconstructs $V_{k,ll}$ using Equation (19-79). For SU-MIMO beamforming, the beamformer uses the $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user,r}-1}]$ using $V_{k,ll}$ and $\Delta SNR_{k,ll}$ ($0 \leq u \leq N_{user,r}-1$) in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.

Source: 802.11ax-2021

### 9.4.1.65 HE Compressed Beamforming Report field

The HE Compressed Beamforming Report field carries the average SNR of each space-time stream and compressed beamforming feedback matrices $V$ for use by a transmit beamformer to determine steering matrices $Q$, as described in 10.34.3 and 19.3.12.3.

Source: 802.11ax-2021

The beamforming feedback matrix $V$ is formed by the beamformee as follows. The beamformer transmits an HE sounding NDP with $N_{STS,NDP}$ space-time streams, where $N_{STS,NDP}$ takes a value between 2 and 8. Based on this HE sounding NDP, the beamformee estimates the $N_{RX,BFEE} \times N_{STS,NDP}$ channel, and based on that channel it determines a $Nr \times Nc$ orthogonal matrix $V$, where $Nr$ and $Nc$ satisfy Equation (9-1). $N_{RX,BFEE}$ is the number of receiver chains used to receive the HE sounding NDP at the beamformee.

Source: 802.11ax-2021

22

**RABICOFF LAW** LLC

4311 N RAVENSWOOD AVE STE 315    (773) 669 4590
CHICAGO, IL 60613                ISAAC @ RABILAW.COM

| | |
|---|---|
| | The DL MU-MIMO steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user}-1}]$ can be determined by the beamformer using the beamforming feedback for subcarrier $k$ from beamformee $u$, where $u = 0, 1, \ldots, N_{user,r} - 1$. The feedback report format is described in 9.4.1.65 and 9.4.1.66. The steering matrix that is computed (or updated) using new beamforming feedback from some or all of participating beamformees might replace the existing steering matrix $Q_k$ for the next DL MU-MIMO data transmission. <br><br> For SU-MIMO beamforming, the steering matrix $Q_k$ can be determined from the beamforming feedback matrix $V_k$ that is sent back to the beamformer by the beamformee using the compressed beamforming feedback matrix format as defined in 19.3.12.3.6. The feedback report format is described in 9.4.1.65. <br><br> Source: 802.11ax-2021 |
| (iii) control a communication through the communication channel with the alterable directional vector in the assumed directional radiation pattern having the selected one of the first state and the second state. | The wireless network node disclosed by the standard practices controlling (e.g., controlling various parameters like RU allocations, QoS control, TRS, link adaptation, UL powerhead room, etc.) a communication through the communication channel (e.g., a wireless communication with bandwidth 20MHz, 40 MHz, 80 MHz, 160 MHz, or 80MHz+ 80MHz)) with the alterable directional vector (e.g., beamforming steering matrix & associated coefficients) in the assumed directional radiation pattern having the selected one of the first state (e.g., one of beamforming states with a beamforming steering matrix composed of a set of beamforming coefficients) and the second state(e.g., another beamforming state with a beamforming matrix composed of a set of beamforming coefficients). |

RABICOFF LAW LLC
4311 N RAVENSWOOD AVE STE 315    (773) 669 4590
CHICAGO, IL 60613                ISAAC @ RABILAW.COM

## 9. Frame formats

### 9.2 MAC frame formats

### 9.2.4 Frame fields

### 9.2.4.1 Frame Control field

### 9.2.4.1.3 Type and Subtype subfields

*Change Table 9-1 as follows (not all rows are shown):*

#### Table 9-1—Valid type and subtype combinations

| Type value B3 B2 | Type description | Subtype value B7 B6 B5 B4 | Subtype description |
|---|---|---|---|
| ... | | | |
| 01 | Control | 0000 ~~0010~~0001 | Reserved |
| 01 | Control | 0010 | Trigger |

Source: 802.11ax-2021

24

**RABICOFF LAW** LLC
4311 N RAVENSWOOD AVE STE 315    (773) 669 4590
CHICAGO, IL 60613                ISAAC @ RABILAW.COM

| | |
|---|---|
| | **9.2.4.5 QoS Control field** |
| | **9.2.4.5.2 TID subfield** |
| | *Change the first paragraph in 9.2.4.5.2 as follows:* |
| | The TID subfield identifies the TC or TS to which the corresponding MSDU (or fragment thereof) or A-MSDU <u>(or fragment thereof)</u> in the Frame Body field belongs. The TID subfield also identifies the TC or TS of traffic for which a TXOP is being requested, through the setting of TXOP duration requested or queue size. The encoding of the TID subfield depends on the access policy (see 9.4.2.29) and is shown in Table 9-12. Additional information on the interpretation of the contents of this field appears in 5.1.1.3. |
| | Source: 802.11ax-2021 |

**RABICOFF LAW** LLC
4311 N RAVENSWOOD AVE STE 315    (773) 669 4590
CHICAGO, IL 60613    ISAAC @ RABILAW.COM

### 9.2.4.6.3a HE variant

The format of the A-Control subfield of the HE variant HT Control field is shown in Figure 9-19a.



**Figure 9-19a—A-Control subfield of the HE variant HT Control field format**

The A-Control subfield is 30 bits in length.

The Control List subfield contains one or more Control subfields. The format of each Control subfield is shown in Figure 9-19b.



**Figure 9-19b—Control subfield format**

The Control ID subfield indicates the type of information carried in the Control Information subfield. The length of the Control Information subfield is fixed for each value of the Control ID subfield that is not reserved. The values of the Control ID subfield and the associated length of the Control Information subfield are defined in Table 9-22a.

Source: 802.11ax-2021

**RABICOFF LAW** LLC

4311 N RAVENSWOOD AVE STE 315     (773) 669 4590
CHICAGO, IL 60613                 ISAAC @ RABILAW.COM

| Table 9-22a—Control ID subfield values | | | |
|---|---|---|---|
| Control ID value | Meaning | Length of the Control Information subfield (bits) | Content of the Control Information subfield |
| 0 | Triggered response scheduling (TRS) | 26 | See 9.2.4.6a.1. |
| 1 | Operating mode (OM) | 12 | See 9.2.4.6a.2. |
| 2 | HE link adaptation (HLA) | 26 | See 9.2.4.6a.3. |
| 3 | Buffer status report (BSR) | 26 | See 9.2.4.6a.4. |
| 4 | UL power headroom (UPH) | 8 | See 9.2.4.6a.5. |
| 5 | Bandwidth query report (BQR) | 10 | See 9.2.4.6a.6. |
| 6 | Command and status (CAS) | 8 | See 9.2.4.6a.7. |
| 7–14 | Reserved | | |
| 15 | Ones need expansion surely (ONES) | 26 | Set to all 1s. |

Source: 802.11ax-2021

27

**RABICOFF LAW** LLC
4311 N RAVENSWOOD AVE STE 315    (773) 669 4590
CHICAGO, IL 60613                ISAAC @ RABILAW.COM

---

**27.3.2.6 Resource allocation for an HE TB PPDU**

UL MU transmissions are preceded by a triggering frame from the AP. The triggering frame indicates the parameters, such as the duration of the HE TB PPDU, RU allocation, target RSSI, and HE-MCS (see 9.3.1.22, 9.2.4.6a.1, and 26.5.2.3), required to transmit an HE TB PPDU.

The Trigger frame indicates whether the UL MU transmission following it uses HE single stream pilot HE-LTF mode or HE masked HE-LTF sequence mode if the HE-LTF type of the HE TB PPDU is 2x HE-LTF or 4x HE-LTF. HE no pilot HE-LTF mode is used if the HE-LTF type of the HE TB PPDU is 1x HE-LTF. If HE single stream pilot HE-LTF mode is used, no masking is applied to the HE-LTF. HE single stream pilot HE-LTF mode is used for any UL OFDMA transmission, including UL OFDMA with MU-MIMO transmissions.

Source: 802.11ax-2021

| | | | name |
|---|---|---|---|
| B24–B25 | Bandwidth | 2 | Set to 0 for 20 MHz.<br>Set to 1 for 40 MHz.<br>Set to 2 for 80 MHz.<br>Set to 3 for 160 MHz and 80+80 MHz. |

Source: 802.11ax-2021

28

# RABICOFF LAW LLC

4311 N RAVENSWOOD AVE STE 315    (773) 669 4590
CHICAGO, IL 60613    ISAAC @ RABILAW.COM

Table 27-26—RU Allocation subfield

| RU Allocation subfield (B7 B6 B5 B4 B3 B2 B1 B0) | #1 | #2 | #3 | #4 | #5 | #6 | #7 | #8 | #9 | Number of entries |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 (00000000) | 26 | 26 | 26 | 26 | 26 | 26 | 26 | 26 | 26 | 1 |
| 1 (00000001) | 26 | 26 | 26 | 26 | 26 | 26 | 26 | 52 | | 1 |
| 2 (00000010) | 26 | 26 | 26 | 26 | 52 | | 26 | 26 | | 1 |
| 3 (00000011) | 26 | 26 | 26 | 26 | 52 | | 52 | | | 1 |
| 4 (00000100) | 26 | 26 | 52 | | 26 | 26 | 26 | 26 | | 1 |
| 5 (00000101) | 26 | 26 | 52 | | 26 | 26 | 52 | | | 1 |
| 6 (00000110) | 26 | 26 | 52 | | 52 | | 26 | 26 | | 1 |
| 7 (00000111) | 26 | 26 | 52 | | 52 | | 52 | | | 1 |
| 8 (00001000) | 52 | | 26 | 26 | 26 | 26 | 26 | 26 | | 1 |
| 9 (00001001) | 52 | | 26 | 26 | 26 | 26 | 52 | | | 1 |
| 10 (00001010) | 52 | | 26 | 26 | 52 | | 26 | 26 | | 1 |
| 11 (00001011) | 52 | | 26 | 26 | 52 | | 52 | | | 1 |
| 12 (00001100) | 52 | | 52 | | 26 | 26 | 26 | 26 | | 1 |
| 13 (00001101) | 52 | | 52 | | 26 | 26 | 52 | | | 1 |
| 14 (00001110) | 52 | | 52 | | 26 | | 26 | 26 | | 1 |
| 15 (00001111) | 52 | | 52 | | 26 | | 52 | | | 1 |
| 16-23 (00010y2y1y0) | 52 | | 52 | | — | | 106 | | | 8 |
| 24-31 (00011y2y1y0) | 106 | | | | — | | 52 | | 52 | 8 |
| 32-39 (00100y2y1y0) | 26 | 26 | 26 | 26 | 106 | | | | | 8 |
| 40-47 (00101y2y1y0) | 26 | 26 | 52 | | 26 | | 106 | | | 8 |
| 48-55 (00110y2y1y0) | 52 | | 26 | 26 | 106 | | | | | 8 |
| 56-63 (00111y2y1y0) | 52 | | 52 | | 26 | | 106 | | | 8 |
| 64-71 (01000y2y1y0) | 106 | | | 26 | 26 | 26 | 26 | | | 8 |
| 72-79 (01001y2y1y0) | 106 | | | 26 | 26 | 26 | 52 | | | 8 |
| 80-87 (01010y2y1y0) | 106 | | | 26 | 52 | | 26 | 26 | | 8 |
| 88-95 (01011y2y1y0) | 106 | | | 26 | 52 | | 52 | | | 8 |

Source: 802.11ax-2021

29

**RABICOFF LAW** LLC

4311 N RAVENSWOOD AVE STE 315   (773) 669 4590
CHICAGO, IL 60613               ISAAC @ RABILAW.COM


In particular, your product, the Hisense 110 UX Series Championship Edition TV (the "accused product"), and other Wi-Fi 6 certified devices such as the Hisense U8 Series (65U8QG), U6 Series (65U65QF), and U7 Series (65U75QG), infringe at least claim 1 of the '797 patent.


It is Cogent's hope that its patent infringement claims concerning your product can be resolved through good faith negotiations and, ultimately, a license. In this regard, as Cogent's counsel I am willing and available to discuss with you the terms of a license agreement with respect to the Patent.

Please feel free to contact me by email at isaac@rabilaw.com if you would like to engage in licensing discussions or if you have any questions. I look forward to receiving your response.


Sincerely,


/s/ Isaac Rabicoff
Isaac Rabicoff

30